IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCDONALD APIARY, LLC, a Nebraska Limited Liabiity Company;<br><br>               Plaintiff,<br><br>    vs.<br><br>STARRH BEES, INC., a California Corporation; DALE ASHLEY, ANNE ASHLEY, AND JONATHAN GONZALEZ,<br><br>               Defendants. | 8:14CV351<br><br>AMENDED PROGRESSION ORDER |

On February 17, 2016 parties filed a Joint Stipulation to Extend Progression Deadlines. (Filing No. 85). Accordingly,

IT IS ORDERED that the amended progression order is as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 15, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 1, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        April 29, 2016.

        For the defendant(s):       June 10, 2016.

3) The deposition deadline is June 28, 2016.

4) The deadline for filing motions to dismiss and motions for summary judgment is July 8, 2016.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 8, 2016.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

February 18, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge