IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCDONALD APIARY, LLC, a Nebraska Limited Liabiity Company;<br><br>              Plaintiff,<br><br>   vs.<br><br>STARRH BEES, INC., a California Corporation; DALE ASHLEY, ANNE ASHLEY, AND JONATHAN GONZALEZ,<br><br>              Defendants. | **8:14CV351**<br><br>**ORDER** |

Upon consideration of the parties' submissions,

IT IS ORDERED:

1) Starr Bees' motion requesting reconsideration (reversal) of my order granting expedited discovery is denied. The discovery ordered to be produced (see Filing No. 198) shall be delivered to McDonald Apiary's counsel by email (if feasible) or personal delivery <u>by no later than 1:00 p.m. today</u>, (November 18, 2016).

2) A telephonic conference with the undersigned magistrate judge will be held **today, (November 18, 2016) at 4:15 p.m.** to discuss:

    a. Starr Bees' request for reciprocal discovery. <u>By no later than 1:00 p.m. today</u>, Starr Bees shall submit to the court and opposing counsel a list of the specific discovery it is requesting, along with an explanation of why that discovery is needed. McDonald Apiary shall be prepared at the conference call to explain whether Starr Bees' requested discovery is available and the time needed to accumulate and produce it.

    b. Whether a settlement conference is warranted, feasible, and potentially useful to resolve this case. Prior to the call, counsel shall confer with their clients, fully discuss whether settlement is an option worthy of exploring, and the dates (including weekend days) when their clients would be available for attending a settlement conference before the undersigned magistrate judge.

3) The parties shall use the conferencing instructions assigned to this case, (see, Filing No. 50), to participate in the call.

November 18, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge