IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCDONALD APIARY, LLC, a Nebraska Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>STARRH BEES, INC., a California Corporation, et al.,<br><br>        Defendants. | 8:14-CV-351<br><br>ORDER |

IT IS ORDERED:

1. The above-captioned civil case is set for a jury trial before Judge Gerrard in Courtroom 1, Lincoln County Courthouse, 301 N. Jeffers St., North Platte, Nebraska, commencing at 9:15 a.m. on December 1, 2016, for a duration of 10 trial days.

2. Judge Gerrard's pretrial hearing will be held at 2:30 p.m. on Wednesday, November 30, 2016, in the courtroom in North Platte, to handle any unresolved motions.

3. To facilitate the pretrial hearing, the Court will utilize the Pretrial Conference Order entered by the United States Magistrate Judge on October 14, 2016 (filing 191) and any supplemental order entered as a result of the Magistrate Judge's supplemental pretrial conference set for November 29, 2016.

4. Parties shall deliver to the Court, <u>on or before</u> 12 noon on Tuesday, November 29, 2016, trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs, and shall also provide the Court will electronic copies of the exhibits when possible. Exhibits shall be delivered to Judge Gerrard's chambers in Lincoln, Nebraska.

5. If a party will use a deposition at trial, the proponent must supply the Court with a copy of the deposition <u>on or before</u> 5 p.m. on Monday, November 28, 2016. If less than the whole deposition will be used, the

      copy must highlight the portions to be introduced. The proponent must also supply the Court with a list or index identifying by page and line the portions to be introduced. If a party objects to the introduction of deposition testimony, that party must supply the Court, by 5 p.m. on Monday, November 28, 2016, with a list specifying the precise nature of each objection and identifying its location by page and line.

6. If a party intends to use testimony in a videotaped deposition and the opponent objects to any portion of it, the proponent must supply the Court with a transcript of the testimony from the deposition <u>on or before</u> 5 p.m. on Monday, November 28, 2016. The transcript must highlight the portions of the testimony to be introduced. The proponent must also supply the Court with a list or index identifying by page and line in the transcript the portions to be introduced. If a party objects to the introduction of videotaped deposition testimony, that party must supply the Court, by 5 p.m. on Monday, November 28, 2016, with a list specifying the precise nature of each objection and identifying its location in the transcript by page and line.

7. At 9:15 a.m. on the first day of trial, the Court will meet with counsel and clients, on the record in the courtroom. This will be an opportunity to dispose of any motions and last minute matters, prior to trial. Voir dire will commence immediately thereafter.

8. Each subsequent day of trial will begin at 8:45 a.m. unless the Court directs otherwise.

9. Questioning of witnesses will be limited to direct examination, cross-examination, and redirect examination unless the Court allows further examination.

10. The Court will conduct an initial voir dire of the prospective panel. Counsel will be permitted to conduct follow-up voir dire in areas not covered by the Court's examination or in an area which may justify further examination in view of a prospective juror's response during the Court's voir dire.

11. Witnesses who do not appear to testify when scheduled will be considered withdrawn. The trial will then proceed with the presentation of any remaining evidence.

Dated this 21st day of November, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge

- 3 -