IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCDONALD APIARY, LLC, a Nebraska Limited Liabiity Company;<br><br>Plaintiff,<br><br>vs.<br><br>STARRH BEES, INC., a California Corporation; DALE ASHLEY, ANNE ASHLEY, and JONATHAN GONZALEZ,<br><br>Defendants. | **8:14CV351**<br><br>**ORDER** |

Parties have filed a joint motion to extend certain deadlines in this case. (Filing No. 295).

IT IS ORDERED:

1) Plaintiff shall respond to Defendant's Objection to Magistrate Judge's Order by March 31, 2017.

2) Defendants shall respond to Plaintiff's itemized billing statement by March 24, 2017.

3) Regarding the costs and fees to be awarded to Plaintiff:

   a) If the parties reach an agreement, they shall file a joint stipulation by April 5, 2017.

   b) If parties are unable to agree, Plaintiff shall file a motion for assessment of attorney fees and costs by April 12, 2017.

Dated this 9th day of March, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge