IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MCDONALD APIARY, LLC, a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STARRH BEES, INC., a California Corporation, et al.,<br><br>Defendants. | 8:14-CV-351<br><br>JUDGMENT |

    Pursuant to the jury's verdict (filing 273) and the accompanying memorandum and order, judgment is entered in favor of Starrh Bees and against McDonald Apiary in the amount of $187,610.54.

    Dated this 3rd day of April, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge