IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| McDONALD APIARY, LLC, | CASE NO: 8:14CV351 |
| Plaintiff, | ORDER |
| vs. | TO WITHDRAW EXHIBITS |
| | OR TO SHOW CAUSE WHY |
| STARRH BEES, INC., DALE ASHLEY, ANNE ASHLEY, JONATHAN GONZALEZ, | EXHIBITS SHOULD NOT BE DESTROYED |
| Defendants. | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter, jury trial held 12/1/16-12/16/16, within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's exhibits 1-5, 7-11, 13-17a,b, 18-75, 18-76, 18-78, 18-82, 18-86, 18-92, 22, 24, 25-1, 25-2, 25-3, 25-6, 26, 32, 39, 41, 47-49, 52-55, 66, 68, 70, 72, 74, 75, 92, 101, 109-111, 111A, 114-117, 119-123 from jury trial held on December 1, 2, 7, 8, 9, 12, 13, 14, 15, and 16, 2016.

Defendants' exhibits 200-203, 206, 217, 231, 238, 245, 256, 260, 269, 276, 277, 280, 286, 290, 290A, 291, 292, 302, 306, 320, 321, 322, 323, 325, 330, 333, 334, 344, 372-page 7, 376, 397, 399, 406, 407, 413-417 from Jury Trial held on December 1,2, 7, 8, 9, 12, 13, 14, 15, 16, 2016.

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court. **Please note the exhibits are to be picked up from the Omaha Clerk's office.**

IT IS SO ORDERED.

DATED this 29TH day of January, 2018.

s/ John M. Gerrard
United States District Judge